UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:22-CV-_____

TERESA WALKER                                                                                               PLAINTIFF

v.                            **DEFENDANTS' NOTICE OF REMOVAL**

WAL-MART STORES, INC. AND WAL-
MART STORES EAST, LP                                              DEFENDANTS

\* \* \* \* \*

Defendants, Wal-Mart Stores, Inc.[1] and Wal-Mart Stores East, LP (sometimes collectively referred to as "Walmart"), by counsel, state as follows in support of their removal of this action:

1. There was an action commenced which is now pending in the Madison Circuit Court, Division I, Civil Action No. 22-CI-00280, in which the above-named Teresa Walker is the Plaintiff and Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP are the Defendants. (*See* Plaintiff's Complaint, attached as Exhibit 1).

2. Wal-Mart Stores, Inc. is defunct. To the extent Plaintiff intended to sue Walmart Inc., it is incorporated in the state of Delaware and has its principal place of business in the state of Arkansas. Accordingly, pursuant to 28 U.S.C. §1332(c), Walmart Inc. is a citizen of the states of Delaware and Arkansas. (*See* Affidavit of Counsel for Walmart, attached as Exhibit 2).

3. Wal-Mart Stores East, LP has a general partner, WSE Management, LLC, and a limited partner, WSE Investment, LLC, both of which are Delaware limited liability companies whose sole member is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is now and was at the time of the commencement of this action and at all times pertinent hereto, a wholly owned subsidiary of Walmart Inc. Walmart Inc. is the only member of Wal-Mart Stores East, LLC. As

---

[1] Walmart Stores, Inc. is defunct; it is not an active company with the Secretary of State. To the extent Plaintiff intended to sue "Walmart Inc." its relevant citizenship information is contained herein.

stated above, Walmart Inc. is a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arkansas. For these reasons, Wal-Mart Stores East, LP is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Delaware and Arkansas and not a citizen of Kentucky. (*See* Exhibit 2).

4. Plaintiff, Teresa Walker, is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of the Commonwealth of Kentucky, and not a citizen or resident of Delaware or Arkansas. (*See* Exhibit 1).

5. This is a personal injury case. In Plaintiff's Complaint, Plaintiff claims an end-cap shelving structure fell on her at the Richmond Walmart on April 22, 2022, causing her injury. (*See* Exhibit 1). As a result, Plaintiff claims she suffered injuries which caused her to sustain losses and damages by way of medical bills, pain and suffering, and permanent injuries. Walmart could not ascertain whether this case was removable based solely on Plaintiff's Complaint.

6. On July 25, 2022, Walmart sent Plaintiff Requests for Admissions, one of which asked Plaintiff to admit that she would not "seek damages in excess of $75,000, exclusive of interest and costs, at the trial of this matter." (*See* Walmart's Request for Admissions, attached as Exhibit 3).

7. On August 19, 2022, Walmart received Plaintiff's Response to Walmart's Request for Admission in which Plaintiff stated, "**Denied.**" (*See* Plaintiff's Response to Walmart's Request for Admission, attached as Exhibit 4).

8. Based on the foregoing, Walmart has reason to believe that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. (*See* Exhibit 4).

9. This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky, while Walmart Inc. and Wal-Mart Stores East, LP,

are citizens of the states of Delaware and Arkansas. The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332; 28 U.S.C. § 1446.

10.  This Notice is filed within thirty (30) days of Walmart's receipt of Plaintiff's Responses to Walmart's Requests for Admissions. This Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

11.  Copies of all process, pleadings and orders served on Walmart as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

12.  Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on September 16, 2022.

WHEREFORE, Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, Limited Partnership, pray that they may effect the removal of this action from the Madison Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

/s/ Shaye Page Johnson
CHRISTOPHER R. CASHEN
SHAYE PAGE JOHNSON
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone:  (859) 425-1000
Facsimile:   (859) 425-1099
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of the foregoing has been served upon the following, by U.S. Mail, on this the 16th day of September, 2022.

Nick Thompson
Nick.thompson@thomaslawoffices.com
Brian Jasper
Brian.jasper@thomaslawoffices.com
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., #200
Prospect, KY  40059
*Counsel for Plaintiff*

                                                 /s/ Shaye Page Johnson
                                                 *Counsel for Defendants*

26222819.1